UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON MURIE,

      Plaintiff,

v.

NORTHWESTERN MICHIGAN COLLEGE;
NORTHWESTERN MICHIGAN COLLEGE
BOARD OF TRUSTEES; JIM WHITE; PAUL
KOLAK; TONY JENKINS; TODD NEIBAUER;
LEANNE BAUMLER; MARCUS BENNETT; and
CHAD SCHENKELBERGER,

      Defendants.

Case No. 1:22-cv-1054

Hon. Paul L. Maloney

---

| | |
|---|---|
| Collin H. Nycholt (P74132)<br>Law Offices of Casey D. Conklin, PLC<br>4084 Okemos Rd., Ste. B,<br>Okemos, MI 48823<br>(517) 332-3390<br>*Attorneys for Plaintiff*<br>collin@caseydconklin.com | Scott R. Eldridge (P66452)<br>Ashley N. Higginson (P83992)<br>Miller, Canfield, Paddock, and Stone, P.L.C.<br>120 N. Washington Square, Ste 900<br>Lansing, Michigan  48933<br>(517) 487-2070<br>*Attorneys for NMC and the Individual NMC Defendants*<br>eldridge@millercanfield.com<br>higginson@millercanfield.com<br><br>Michael D. Bryant (P39515)<br>Lisa H. Litton (P42263)<br>Ward, Anderson, Porritt & Bryant, PLC<br>4190 Telegraph Rd., Suite 2300<br>Bloomfield Hills, Michigan 48302<br>(248) 593-1440<br>*Attorneys for Defendant White*<br>mbryant@wardanderson.com |

**STIPULATION AND ORDER TO EXTEND TIME FOR ALL DEFENDANTS
TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

2

    This matter having come before the Court on the Parties' stipulation to extend all Defendants' time to file an answer or other permitted response to Plaintiff's Complaint, as set forth below; this being the Parties' first request to extend the deadline; and this Court being fully advised in the premises,

    **IT IS HEREBY ORDERED THAT** the deadline by which all Defendants must file a response to Plaintiff's Complaint is extended to March 10, 2023.


Dated: January 30, 2023                  /s/ Paul L. Maloney
                                              Honorable Paul L. Maloney
                                              United States District Judge


APPROVED AS TO FORM:

| /s/*Collin Nyeholt (with permission)* | /s/ *Scott Eldridge* |
|---|---|
| Collin H. Nyeholt | Scott R. Eldridge |
| Law Offices of Casey D. Conklin, PLC | Miller, Canfield, Paddock, and Stone, P.L.C. |
| 4084 Okemos Rd., Ste. B, | 120 N. Washington Square, Ste 900 |
| Okemos, MI 48823 | Lansing, Michigan |
| (517) 332-3390 | (517) 487-2070 |
| | |
| | /s/*Lisa H. Litton (with permission)* |
| | Lisa H. Litton (P42263) |
| | Ward, Anderson, Porritt & Bryant, PLC |
| | 4190 Telegraph Rd., Suite 2300 |
| | Bloomfield Hills, Michigan 48302 |
| | (248) 593-1440 |