UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON MURIE,

        Plaintiff,

v.

NORTHWESTERN MICHIGAN COLLEGE;
NORTHWESTERN MICHIGAN COLLEGE
BOARD OF TRUSTEES; JIM WHITE; PAUL
KOLAK; TONY JENKINS; TODD NEIBAUER;
LEANNE BAUMLER; MARCUS BENNETT; and
CHAD SCHENKELBERGER,

        Defendants.

Case No. 1:22-cv-1054

Hon. Paul L. Maloney

---

Collin H. Nyeholt (P74132)
Law Offices of Casey D. Conklin, PLC
4084 Okemos Rd., Ste. B,
Okemos, MI 48823
(517) 332-3390
*Attorneys for Plaintiff*
collin@caseydconklin.com

Scott R. Eldridge (P66452)
Ashley N. Higginson (P83992)
Miller, Canfield, Paddock, and Stone, P.L.C.
120 N. Washington Square, Ste 900
Lansing, Michigan 48933
(517) 487-2070
*Attorneys for Defendants Kolak and Neibauer*
eldridge@millercanfield.com
higginson@millercanfield.com

Michael D. Bryant (P39515)
Michael V. Sucaet (P43064)
Ward, Anderson, Porritt & Bryant, PLC
4190 Telegraph Rd., Suite 2300
Bloomfield Hills, Michigan 48302
(248) 593-1440
*Attorneys for Defendant White*
mbryant@wardanderson.com

---

**STIPULATED ORDER PERMITTING
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

This matter comes before the Court on the Parties' stipulation to permit Plaintiff to file a first amended complaint without further leave of court; and this Court, being fully advised in the premises, **HEREBY ORDERS THAT**,

**(a)** the Plaintiff shall file a first amended complaint within 7 days of this Order;

**(b)** after the first amended complaint is filed, Defendants shall have 21 days to file their responses in a manner permitted under the Federal Rules of Civil Procedure; and

**(c)** Defendants shall not be required to answer the currently-operative Complaint (ECF No. 1).

Dated: _____

                            Honorable Paul L. Maloney
                            United States District Judge

STIPULATED BY:

| /s/*Collin Nyeholt* | /s/ *Scott Eldridge (with permission* |
|---|---|
| Collin H. Nyeholt | Scott R. Eldridge |
| Law Offices of Casey D. Conklin, PLC | Miller, Canfield, Paddock, and Stone, P.L.C. |
| 4084 Okemos Rd., Ste. B, | 120 N. Washington Square, Ste 900 |
| Okemos, MI 48823 | Lansing, Michigan |
| (517) 332-3390 | (517) 487-2070 |
| | |
| | /s/*Michael V. Sucaet (with permission)* |
| | Michael V. Sucaet (P43064) |
| | Ward, Anderson, Porritt & Bryant, PLC |
| | 4190 Telegraph Rd., Suite 2300 |
| | Bloomfield Hills, Michigan 48302 |
| | (248) 593-1440 |