UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLIFTON MURIE,           )<br>         Plaintiff,            )<br>                              )<br>v.                            )<br>                              )<br>NORTHWESTERN MICHIGAN )<br>COLLEGE, *et al.*,          )<br>         Defendants.      )<br>                              ) | No. 1:22-cv-1054<br><br>Honorable Paul L. Maloney |

# JUDGMENT

In accordance with the opinion and order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  January 21, 2026                           /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge